1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 MINGJING JULIUS CHEN,                )
   YATING NIU,                          )  No. C 07-0268-CRB
13                                      )
            Plaintiffs                  )
14                                      )
        v.                              )
15                                      )
   ALBERTO GONZALES, Attorney General   )  **STIPULATION TO EXTEND DATE OF**
16 of the United States; MICHAEL CHERTOFF, ) **CASE MANAGEMENT CONFERENCE;**
   Secretary of the Department of Homeland ) **AND [PROPOSED] ORDER**
17 Security; EMILIO GONZALEZ, Director of )
   United States Citizenship and Immigration ) CMC Date:   April 20, 2007
18 Services; ROBERT MUELLER, Director of the ) Time:       8:30 a.m.
   Federal Bureau of Investigations; CHRISTINA ) Courtroom:  8, 19th floor
19 POULOS, Acting Director of the California )
   Service Center,                      )
20                                      )
            Defendants.                 )
21 _____

22      The plaintiffs, by and through their attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

24 case management conference, which is currently scheduled for April 20, 2007, in light of the

25 following:

26      1. The plaintiffs filed an action on January 16, 2007, asking this Court to direct the United

27 States Citizenship and Immigration Services (USCIS) to adjudicate their I-485 applications.

28      2. The defendants have filed a motion to dismiss the action and the hearing on that motion is

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C-07-0268 CRB                              1

1  scheduled for June 15, 2007.

2      3.  The parties ask this Court to schedule the case management conference on a date after the

3  hearing on defendants' motion to dismiss, if a case management conference is necessary.

4

5  Dated:  April 12, 2007                                /s/
                                                TRICIA WANG
6                                               Law Offices of Tricia Wang
                                                Attorney for Plaintiffs
7

8

9  Dated:  April 12, 2007                       SCOTT N. SCHOOLS
                                                United States Attorney
10

11                                                     /s/
                                                EDWARD A. OLSEN
12                                              Assistant United States Attorney
                                                Attorney for Defendants
13

**ORDER**

14

15      PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management

16  Conference be continued to _June 15, 2007___, at 10:00 a.m.

17

18
    Dated:  April _13_, 2007         _____
19                                   CHARLES R. BREYER
                                     United States District Judge
20

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C-07-0268 CRB                                    2